Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
Sarah L. Forney, State Bar No. 254769
*sf@newmanlaw.com*
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 700
Santa Monica, CA  90401
Phone: (310) 359-8200
Facsimile: (310) 359-8190

Counsel for Defendant
Fluent, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COQUESE HOLDEN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLUENT, INC., a Delaware corporation doing business in California, and DOES 1–50,<br><br>　　　　Defendants. | Case No. 3:20-cv-03816<br><br>**FLUENT, INC.'S CORPORATE DISCLOSURE STATEMENT** |

　　Pursuant to Federal Rule of Civil Procedure Rule 7.1(a), Plaintiff Fluent, Inc. represents and warrants that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: June 10, 2020

Respectfully submitted,

Newman Du Wors LLP

/s/ Derek A. Newman

Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
Sarah L. Forney, State Bar No. 254769
*sf@newmanlaw.com*

Counsel for Defendant
Fluent, Inc.