1  Derek A. Newman, State Bar No. 190467
   *dn@newmanlaw.com*
2  Sarah L. Forney, State Bar No. 254769
   *sf@newmanlaw.com*
3  NEWMAN DU WORS LLP
4  100 Wilshire Boulevard, Suite 700
   Santa Monica, CA  90401
5  Phone: (310) 359-8200
   Facsimile: (310) 359-8190
6
7  Counsel for Defendant
   Fluent, Inc.
8
   **UNITED STATES DISTRICT COURT**
9  **NORTHERN DISTRICT OF CALIFORNIA**
10

| COQUESE HOLDEN, an individual, | Case No. 3:20-cv-03816 |
|---|---|
| Plaintiff, | **DEFENDANT FLUENT, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| FLUENT, INC., a Delaware corporation doing business in California, and DOES 1–50, | |
| Defendants. | |

   Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

| | |
|---|---|
| Dated: June 10, 2020 | Respectfully submitted, |
| | NEWMAN DU WORS LLP |
| | |
| | /s/ Derek A. Newman |
| | Derek A. Newman, State Bar No. 190467 |
| | *dn@newmanlaw.com* |
| | Sarah L. Forney, State Bar No. 254769 |
| | *sf@newmanlaw.com* |
| | |
| | Counsel for Defendant |
| | Fluent, Inc. |

DEFENDANT FLUENT, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS