Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
Sarah Forney, State Bar No. 254769
*sf@newmanlaw.com*
Tala Al Ghussein, State Bar No. 328568
*tala@newmanlaw.com*
NEWMAN DU WORS LLP
505 Montgomery St, 11th Floor
San Francisco, CA 94111
Phone: 415.944.5422
Facsimile: 415.944.5423

Counsel for Defendant
Fluent, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COQUESE HOLDEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FLUENT, INC., et al., <br><br> Defendants. | Case No. 3:20-cv-03816-JCS <br><br> **FLUENT, LLC'S CORPORATE DISCLOSURE STATEMENT** |

1    Pursuant to Federal Rule of Civil Procedure Rule 7.1(a), Defendant Fluent, LLC certifies
2    that the following are corporate parents, affiliates and/or subsidiaries of said party, which are
3    publicly held: Fluent, Inc.

5    Dated: November 12, 2020

Respectfully submitted,

Newman Du Wors LLP

s/ Derek A. Newman
Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
Sarah Forney, State Bar No. 254769
*sf@newmanlaw.com*
Tala Al Ghussein, State Bar No. 328568
*tala@newmanlaw.com*

Counsel for Defendant
Fluent, LLC

FLUENT, LLC'S CORPORATE DISCLOSURE STATEMENT - 1           CASE NO.: 3:20-CV-03816-JCS