Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
Sarah L. Forney, State Bar No. 254769
*sf@newmanlaw.com*
Tala Al Ghussein, State Bar No. 328568
*tala@newmanlaw.com*
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 700
Santa Monica, CA  90401
Phone: (310) 359-8200
Facsimile: (310) 359-8190

Counsel for Defendants
Fluent, Inc. and Fluent, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COQUESE HOLDEN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>FLUENT, INC., et al.,<br><br>   Defendants. | Case No. 3:20-cv-03816<br><br>**DEFENDANT FLUENT, INC. AND FLUENT, LLC'S AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties and the individuals listed in Plaintiffs' September 4, 2020 Certification of Interested Entities, there is no such interest to report.

| | | |
|---|---|---|
| 1 | Dated: November 12, 2020 | Respectfully submitted, |
| 2 | | Newman Du Wors LLP |

s/ Derek A. Newman
Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
Sarah L. Forney, State Bar No. 254769
*sf@newmanlaw.com*
Tala Al Ghussein, State Bar No. 328568
*tala@newmanlaw.com*

Counsel for Defendants
Fluent, Inc. and Fluent, LLC

DEFS.' AMENDED CERT. OF INTERESTED ENTITIES OR PERSONS - 2        CASE NO.: 3:20-CV-03816-JCS