1  Derek A. Newman, State Bar No. 190467
   *dn@newmanlaw.com*
2  Sarah Forney, State Bar No. 254769
   *sf@newmanlaw.com*
3  NEWMAN DU WORS LLP
4  100 Wilshire Boulevard, Suite 700
   Santa Monica, CA  90401
5  Phone: (310) 359-8200
   Facsimile: (310) 359-8190
6
7  Counsel for Defendants
   Fluent, Inc. and Fluent, LLC
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COQUESE HOLDEN, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>FLUENT, INC., et al.<br><br>    Defendants. | Case No. 3:20-cv-03816-JCS<br><br>**NOTICE OF SETTLEMENT** |

    Please take notice that the Plaintiffs in the above-referenced action have reached a settlement with Defendants Fluent, Inc. and Fluent, LLC. The parties are preparing a written settlement agreement and anticipate filing a stipulation for dismissal of this action with prejudice within the next 14 days, after the agreement is executed.

| | | |
|---|---|---|
| 1 | Dated: December 11, 2020 | Respectfully submitted, |
| 2 | | NEWMAN DU WORS LLP |
| 4 | | s/ Derek A. Newman |
| | | Derek A. Newman, State Bar No. 190467 |
| 5 | | *dn@newmanlaw.com* |
| | | Sarah Forney, State Bar No. 254769 |
| 6 | | *sf@newmanlaw.com* |
| 7 | | Counsel for Defendants |
| 8 | | Fluent, Inc. and Fluent, LLC |